FILED
SUPERIOR COURT
OF GUAM

2014 OCT 13 PM 2: 48

CLERK OF COURT
BY:_____

## IN THE SUPERIOR COURT
## OF GUAM

| | |
|---|---|
| CHUNG SOOK KIM, | Civil Case no. CV0710-11 |
| Plaintiff, | |
| vs. | |
| MI HYE KIM, KI YOUNG KIM, MIN KYONG KIM, HEE SOON JEONG, BYUNG GON KIM, and DOES I through IV, | **DECISION AND ORDER** |
| Defendants. | |

## INTRODUCTION

Pursuant to Rule 7.1 of the Local Rules of the Superior Court of Guam, Plaintiff's Rule 25 Substitution Motion was taken under advisement by the Honorable Judge Michael J. Bordallo on September 17, 2014. Mi Hee Kim, Special Administrix of the Estate of Chung Sook Kim, was represented by attorney William C. Bischoff. Defendants Hee Soon Jeong and Byung Gon Kim were represented by attorney Helkei S. Hemminger. The other named parties to this action did not file any papers related to this motion.

Plaintiff's motion was filed August 12, 2014. In it, Mi Hee Kim, the special administrix of Plaintiff's Estate, asserts that Plaintiff died on July 9, 2014. She asserts and argues that the claims asserted in this action are remedial and survive Plaintiff's death. Accordingly she requests a substitution as outlined in Rule 25 of the Guam Rules of Civil Procedure. On

September 3, 2014, Defendants Jeong filed a non-opposition to Plaintiff's motion. No other papers were filled.

Rule 25 of the Guam Rules of Civil Procedure allows for substitution by a Party's representative after death when those claims have not been extinguished. Guam R. Civ. P. 25. Having asserted sufficient grounds for its motion and there being no opposition to it, Plaintiff's motion to for Rule 25 Substitution is hereby granted.

SO ORDERED, this _13_ day of _October_ 2014.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

SERVICE VIA COURT BOX
I acknowledge that a copy of the original hereto was placed in the court box of: _W. Bischoff_
_H. Hemmingai; P. Torres_
Date: _10/13/14_ Time: _3:00pm_
Deputy Clerk, Superior Court of Guam